SARAH E. HAMRICK, plaintiff in error, *vs.* THE PEOPLE'S BANK OF NEWNAN *et al.,* defendants in error.

Hamrick sold land to Drew, giving bond for titles, and being indebted to the People's Bank nearly one-half the price of the land, arranged with the purchaser that he should give his note to the bank therefor, with Hamrick as surety. Hamrick deposited the other notes of Drew, given for the purchase money, with the bank as collateral, and also made title to the land to the bank as further security. Drew paid about one-third of the note made by him to the bank, and judgment was obtained in its favor for the balance, as well as on the notes given for the purchase money :

*Held,* that the wife of Hamrick could not enjoin the collection of the debt due by Drew to the bank, by a levy and sale of the land, on the ground that she was entitled to a homestead in the same, and had made application therefor.

TRIPPE, Judge.